UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

George Logue                                         Case No. 1:04-cv-10272-GAO

      Plaintiff                                **MOTION FOR ENLARGEMENT OF TIME**

v.

Commonwealth of Massachusetts
Taunton State Hospital

      Defendant

**Comes now the plaintiff, with this Motion for an Enlargement of Time in order to serve the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this request for additional time to properly serve the defendant with this complaint according to Fed. R. Civ. P., Rule 4.1. Because 120 days has already passed since the complaint was filed, plaintiff requests an additional 90 days to serve the complaint, if and when the Court decides the case should proceed.

August 12, 2004                              _[signature: George Logue]_
Date