**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | George Logue |
| DEFENDANT | Taunton State Hospital |
| COURT CASE NUMBER | 1:04-10272-GAO |
| TYPE OF PROCESS | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Taunton State Hospital

**AT** ADDRESS: 60 Hodges Ave, Taunton, MA 02780

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
G. Logue
General Delivery
Boston, MA 02205

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

Signature of Attorney or other Originator: [signed] — PLAINTIFF
DATE: 03-27-05

Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 APR -1 P 2:10

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 4/1/05

[x] I hereby certify and return that I have personally served...

Name and title of individual served: [illegible]

Date of Service: 4/1/05

Service Fee / Total Mileage Charges / Forwarding Fee / Total Charges / Advance Deposits / Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___MASSACHUSETTS___

GEORGE LOGUE

V.

TAUNTON STATE HOSPITAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10272-GAO

TO: (Name and address of Defendant)

Taunton State Hospital
60 Hodges Avenue
Taunton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Logue, pro se
General Delivery
Boston, MA 02205

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____[signature]_____

DATE 9/29/04

(By) DEPUTY CLERK