UNITED STATES DISTRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No: 1:04-10272-GAO |
| v. | CHANGE OF ADDRESS NOTIFICATION |
| Taunton State Hospital et al., Executive Office of Health and Human Services, Commonwealth of Massachusetts | (UNLIMITED CIVIL CASE) |
| Defendant | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record is General Delivery, Boston, MA 02205.

Respectfully submitted,

April 28, 2005

*/s/ George Logue*

**CERTIFICATE OF SERVICE**

I, George Logue, plaintiff, hereby certify that on the 29th day of April, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

60 Hodges Avenue,
Taunton, Massachusetts