George Logue
General Delivery
Boston, Massachusetts 02205

January 27, 2004

Ms. Jackie Moore, Area Director
Brockton Multi - Service Center
J D- ⁻Link y ⁻7u ⁻
Brockton, MA 02302

Dear Madam:

Pursuant to Massachusetts General Laws Chapter 258 § 4, I am hereby presenting notice of a claim on behalf of myself. This claim is for medical malpractice and treatment in which my Civil Rights were violated commencing the later part of July 1997.     The consequences of those violations, and injuries sustained from the unneeded treatment, have lingered and then manifested themselves 'unbeknownst to me.   Moreover, having been unfamiliar with the treatment and objectives at that time, they have only recently become apparent and give rise to the nature and cause of this claim.

Further, that institutions unwillingness to provide me with records pursuant to, and now in violation of Massachusetts General Law c. 111 § 70E, does not vilify that action be taken.   These infractions have occurred due to the negligent acts and omissions of employees of Taunton State Hospital, in Taunton, Massachusetts, and others, where covenants of medical and legal doctrines were breached.

If in the course of your investigation, you determine that individuals other than public employees may have caused or contributed to these violations, I would appreciate it if you would so advise me, and provide the identity of such individuals.

Very truly yours,

George Logue   ꝛ⅄%⅄· ⸺

Cc: Marianne H. Greeno