UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
GEORGE LOGUE,                                )
                                             )
        Plaintiff                            )
v.                                           )          Civil Action No.: 04-10272-GAO
                                             )
COMMONWEALTH OF MASSACHUSETTS,               )
EXECUTIVE OFFICE OF HEALTH AND               )
HUMAN SERVICES, and TAUNTON                  )
STATE HOSPITAL,                              )
                                             )
        Defendants.                          )
_____)

**AFFIDAVIT OF SARAH M. JOSS IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Sarah M. Joss, hereby depose and state:

1.   I am an Assistant Attorney General for the Commonwealth of Massachusetts

and counsel for the defendant, Taunton State Hospital.

2.   Attached hereto as Exhibit A is a true and accurate copy of a letter from

Attorney Marianne H. Greeno to Plaintiff, George Logue, dated February 2, 2004.

3.   Attached hereto as Exhibit B is a true and accurate copy of a letter I sent to

Plaintiff by certified mail, dated May 12, 2005.

Signed under the pains and penalties of perjury this 27th day of May, 2005.

                                        /s/ Sarah M. Joss_____
                                        Sarah M. Joss

1