

*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

**MITT ROMNEY**
*Governor*

**KERRY HEALEY**
Lieutenant *Governor*

**RONALD PRESTON**
*Secretary*

**ELIZABETH CHILDS, M.D.**
Commissioner

(617) 626-8000
TTY (617) 727-9842
www.state.ma.us/dmh

February 2, 2004

Mr. George Logue
General Delivery
Boston, MA 02205

      RE: George Logue Tort Claim

Dear Mr. Logue:

This office is in receipt of your letter of February 2, 2004. Please be advised that your letter does not constitute proper presentment to the Department of Mental Health under the Tort Claims Act. Pursuant to G.L.M. c.258 §4, a tort claim must be presented to the Executive Officer or the Attorney General. The Executive Officer of the Department of Mental Health is the Secretary of the Executive Office of Health and Human Services, One Ashburton Place, Room 1109, Boston, MA 02108-1518. You should direct your claim to that office.

I hope that this information is helpful to you.

                     Yours truly,

                     Marianne H. reeno
                     Acting General Counsel

Direct Dial Telephone: (617) 626-8228
Fax: (617) 626-8242

cc. Jeffrey Isaacson, Senior Attorney
dd. Jackie Moore