UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
GEORGE LOGUE,                          )
                                       )
        Plaintiff                      )
v.                                     )          Civil Action No.: 04-10272-GAO
                                       )
COMMONWEALTH OF MASSACHUSETTS,         )
EXECUTIVE OFFICE OF HEALTH AND         )
HUMAN SERVICES, and TAUNTON            )
STATE HOSPITAL,                        )
                                       )
        Defendants.                    )
_____)

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Taunton State Hospital, hereby certifies, pursuant to

Local Rule 7.1(A)(2), that I attempted to confer with the *pro se* plaintiff, George Logue,

on several dates concerning the issues set forth in Defendant Taunton State Hospital's

Motion to Dismiss.  In attempting to confer with Plaintiff, on May 12, 2005 I sent him a

letter by certified mail requesting that we confer.  A copy of this letter is attached to the

Affidavit of Sarah M. Joss in Support of Defendant's Motion to Dismiss Plaintiff's

Complaint as Exhibit B.

I have received two voice-mail messages from Plaintiff in response to my letter.  I returned each of Plaintiff's calls but was unable to reach Plaintiff.

Respectfully submitted,

TAUNTON STATE HOSPITAL,

By its attorneys,
THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Sarah M. Joss
Sarah M. Joss, BBO #651856
Assistant Attorney General
Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200 x 3308

Dated:  May 27, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, May 27, 2005, served the foregoing document upon the parties, by mailing a copy, first class, postage prepaid to:  George Logue, General Delivery, Boston, MA  02205.


/s/ Sarah M. Joss
Sarah M. Joss