

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200

May 12, 2005

Mr. George Logue
General Delivery
Boston, MA 02205

    Re:    *George Logue v. Taunton State Hospital, et al*
           United States District Court for the District of Massachusetts
           Civil Action No. 04-10272-GAO

Dear Mr. Logue:

    This letter serves as the initiation of a conference pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts. I am representing defendants the Commonwealth of Massachusetts, the Executive Office of Health and Human Services and Taunton State Hospital (the "Commonwealth Defendants"), in the above-captioned suit. I plan to file a motion to dismiss on behalf of the Commonwealth Defendants. Before I can file this motion to dismiss, I am required by Rule 7.1(a)(2) to confer with you to see if we can resolve this issue. Please contact me as soon as you receive this letter so that we may discuss a resolution. You can reach me at (617) 727-2200 x 3308.

    If I have not heard from you by Monday, May 23, 2005, I will assume that you have refused to confer and will file the motion.

                                   Sincerely,

                                   Sarah M. Joss
                                   Assistant Attorney General

cc:    Edith Rathbone, Esq.