UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE
        Plaintiff(s)

v.                          CIVIL ACTION NO. 04-10272-GAO

COMMONWEALTH OF MASSACHUSETTS, EXECUTIVE OFFICE of HEALTH and HUMAN SERVICES, and TAUNTON STATE HOSPITAL, et al
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated January 23, 2006, the motion to dismiss (dkt. No. 12) is GRANTED and the action is DISMISSED with prejudice as against the defendant Taunton State Hospital.
The action is DISMISSED without prejudice as to the other defendants purported to be identified in the amended complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 1/23/06                              By Paul S. Lyness
                                                                          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)