UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JAN 27 P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION

CASE NO 04 - 10272 GAO
NOTICE OF APPEAL

| | |
|---|---|
| George Logue | |
| Plaintiff | |
| v. | |
| Taunton State Hospital, et al. | |
| Defendants | |

Pursuant to Federal Rules of Appellate Procedure, Rules, 3 and 4, plaintiff respectfully submits this Notice of Appeal to the court in response to the court Order and dismissal of January 23, 2006. Plaintiff objects to the line of reasoning used regarding the statue of limitations where plaintiff's complaint had been screened and ordered to proceed pursuant to section 1915, and logical reasoning, pertaining to the tolling of time, was also addressed.

January 27, 2006
Date

[signature]

CERTIFICATE OF SERVICE

I, George Logue, swear under the pains and penalties of perjury that on January 27, 2006, I caused a true copy of the documents above to be served on the parties listed below, by serving one copy of the same, by first class mail postage paid.

*George Logue*

Ms. Sarah M. Joss
Assistant Attorney General
One Ashburton Place
Boston, MA 02108