# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number :  04-cv-10272

George Logue

v.

Taunton State Hospital, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/27/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 17, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _2/17/06_ .

_Burchard_

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10272-GAO

Logue v. Taunton State Hospital
Assigned to: Judge George A. O'Toole, Jr
Cause: 42:1983 Civil Rights Act

Date Filed: 02/09/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**George Logue**                          represented by **George Logue**
General Delivery
Boston, MA 02205
PRO SE

V.

**Defendant**

**Taunton State Hospital**                represented by **Sarah M. Joss**
Attorney General's Office
200 Portland Street
3rd Floor
Boston, MA 02114
617-727-2200
Fax: 617/727-3076
Email:
Sarah.Joss@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) (Entered: 02/10/2004) |
| 02/09/2004 | 2 | COMPLAINT against TAUNTON STATE HOSPITAL, filed by George Logue.(Jenness, Susan) (Entered: 02/10/2004) |
| 02/09/2004 | | If the trial Judge issues an Order of Reference of any matter in |

| | | |
|---|---|---|
| | | this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 02/10/2004) |
| 02/10/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 02/10/2004) |
| 03/08/2004 | 3 | MOTION to Amend 2 Complaint by George Logue. (Attachments: # 1 Amended Complaint)(Edge, Eugenia) (Entered: 03/11/2004) |
| 08/12/2004 | 4 | MOTION for Extension of Time to 11/12/2004 to Serve the Defendant by George Logue.(Barrette, Mark) (Entered: 08/17/2004) |
| 09/07/2004 | 5 | Judge George A. O'Toole Jr.: ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. Section 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. Copy of Order mailed to plaintiff. (Morse, Barbara) (Entered: 09/08/2004) |
| 09/29/2004 | 6 | Judge George A. O'Toole Jr.: ORDER entered granting 3 Motion to Amend Complaint. It is further ORDERED, the Clerk enter the amended complaints on the appropriate docket; and it is further ORDERED, the Clerk shall return the amended complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. (Weissman, Linn) (Entered: 09/29/2004) |
| 09/29/2004 | 7 | AMENDED COMPLAINT against Taunton State Hospital , filed by George Logue.(Weissman, Linn) Additional attachment(s) added on 9/30/2004 (Jenness, Susan). (Entered: 09/29/2004) |
| 09/29/2004 | 8 | Judge George A. O'Toole Jr.: ORDER entered. Having completed the screening on the merits of plaintiff's amended complaint pursuant to Section 1915(e)(2), the Clerk shall issue summonses and the United States Marshal shall serve a copy of the amended complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States. (Weissman, Linn) (Entered: 09/29/2004) |
| | | |

| 09/29/2004 | | Summons Issued as to Taunton State Hospital. (Weissman, Linn) (Entered: 09/29/2004) |
|---|---|---|
| 01/21/2005 | 9 | MOTION for Extension of Time to serve complaint, no date specified until decision regarding issues with the other related complaints (04-10271 and 04-10342) by George Logue.(Edge, Eugenia) (Entered: 01/25/2005) |
| 03/31/2005 | ● | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 4 Motion for Extension of Time, granting 9 Motion for Extension of Time. The plaintiff has until 4/29/05 to complete service of process on the defendants.( Copy of the Electronic Order mailed to plaintiff) (Lyness, Paul) (Entered: 03/31/2005) |
| 04/19/2005 | 10 | US Marshal Process Receipt and Return for summons. Taunton State Hospital served Delivered on 4/19/05 (Edge, Eugenia) (Entered: 04/22/2005) |
| 04/29/2005 | 11 | NOTICE of Change of Address by George Logue. c/s (Edge, Eugenia) (Entered: 05/02/2005) |
| 05/27/2005 | 12 | MOTION to Dismiss by Taunton State Hospital.(Joss, Sarah) (Entered: 05/27/2005) |
| 05/27/2005 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by Taunton State Hospital. (Attachments: # 1 # 2)(Joss, Sarah) (Entered: 05/27/2005) |
| 05/27/2005 | 14 | AFFIDAVIT in Support re 12 MOTION to Dismiss. (Attachments: # 1 # 2)(Joss, Sarah) (Entered: 05/27/2005) |
| 05/27/2005 | 15 | CERTIFICATE OF CONSULTATION re 12 MOTION to Dismiss by Sarah M. Joss on behalf of Taunton State Hospital. (Joss, Sarah) (Entered: 05/27/2005) |
| 06/07/2005 | 16 | MEMORANDUM OF LAW in support of his opposition by George Logue to 12 MOTION to Dismiss. c/s (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/07/2005 | 17 | Opposition re 12 MOTION to Dismiss filed by George Logue. (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/07/2005 | 18 | AFFIDAVIT 1 of George Logue by George Logue. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Edge, Eugenia) (Entered: 06/09/2005) |
| 01/23/2006 | 19 | Judge George A. O'Toole Jr.: ORDER entered granting 12 |

Case 1:04-cv-10272-GAO    Document 22    Filed 02/17/2006    Page 5 of 5

| | | |
|---|---|---|
| | | Motion to Dismiss. The action is DISMISSED with prejudice as against the defendant Taunton State Hospital. The action is DISMISSED without prejudice as to the other defendants purported to be identified in the amended complaint. ( Copy of this order mailed out to Plaintiff) (Lyness, Paul) (Entered: 01/24/2006) |
| 01/23/2006 | 20 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendant against Plaintiff ( Copy of this judgment mailed out to plaintiff)(Lyness, Paul) (Entered: 01/24/2006) |
| 01/27/2006 | 21 | NOTICE OF APPEAL by George Logue. $ 0.00 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/16/2006. (Edge, Eugenia) (Entered: 01/30/2006) |