GA·CY-
10272
J. O'Tovel

# MANDATE

# United States Court of Appeals
## For the First Circuit

———————

No. 06-1322

GEORGE LOGUE,

Plaintiff, Appellant,

v.

TAUNTON STATE HOSPITAL, ET AL.,

Defendants, Appellees.

———————

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

———————

JUDGMENT

Entered: May 25, 2006

We have reviewed the record in this case.  Essentially for the reasons given by the district court in its order, dated January 23, 2006, the dismissal of plaintiff's case is <u>affirmed</u>.

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. R. 41.**

Richard Cushing Donovan, Clerk.

**Richard Cushing Donovan, Clerk**

By:_____

Operations Manager.

**Deputy Clerk**

**Date:** AUG 2 1 2006

[cc: Messrs: Logue, Stanhill and Ms. Joss]